*Ex parte
Clarke.*

---

*Ex parte* JOHN H. CLARKE.

On an appeal from a Justice's Court to the *Onondaga* Common Pleas, between *Clarke,* appellant, and *Pratt,* appellee, the notice of appeal served on the Justice did not state, that *he appealed to the Court of Common Pleas of the county of Onondaga.* The appeal bond recited that the appeal was to that Court, and the Justice duly made and filed his return; but the Court, on motion, quashed it on the ground of the above defect in the notice.

*V. Birdseye* moved for a mandamus commanding the C. P. to proceed with the appeal.

*Curia.* The Common Pleas have nothing to do with the question whether the notice was good or bad. If it con-

The notice of appeal served on the justice pursuant to the act, (*sess.* 47, *ch.* 238, *s.* 36) did not state that the party appealed *to the court of common pleas of,* &c. but the appeal bond recited that the appeal was to that court; and the justice made a return; *held* regular. *Semb.* the

party cannot object that the notice of appeal is defective, but this lies with the justice only. If he deem himself sufficiently informed, and return accordingly, it is enough.

ALBANY,
October, 1824.

Ex parte
Stone.

tained such *information* as satisfied the Justice, and instructed him as to the place of return, it does not lie with the party to object that *it is defective.* Here was nothing to mislead or injure him. The bond was in the proper form ; and the intention of the appellant could not be mistaken.

Rule for an alternative mandamus.